# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 7 |
| PREHIRED, LLC, et al., | ) | Bankruptcy Case No.: 22-1007-TMH |
| | ) | Bankr. BAP No. 25-0065 |
| | ) | |
| Debtors. | ) | |
| _____ | ) | |
| JOSHUA JORDAN, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | Civil Action No. 25-1544-MN |
| | ) | |
| DON A. BESKRONE, in his capacity as | ) | |
| Chapter 7 Trustee, | ) | |
| | ) | |
| Appellee. | ) | |
| _____ | ) | |

## ORDER

At Wilmington, Delaware, this **29th day of January 2026,**

WHEREAS, pursuant to Section 1 of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District ("Procedures"), dated July 19, 2023, the Court conducted an initial review of this matter, including having gathered information from the parties and their counsel, in order to determine the appropriateness of mediation for the case;

WHEREAS the parties jointly agree that their disputes here cannot be resolved through mediation and the Court agrees;

THEREFORE, pursuant to Section 1 of the Procedures, the Court determines that mediation is not appropriate in this matter and recommends that the assigned District Judge issue an order withdrawing the matter from mediation and setting the following appellate briefing schedule (agreed to by the parties):

1. Appellant's Opening Brief shall be filed within 45 days of the date on which an order approving a briefing schedule is entered.

2. Appellee's Answering Brief shall be filed within 75 days of the date on which an order approving a briefing schedule is entered.

3. Appellant's Reply Brief shall be filed within 90 days of the date on which an order approving a briefing schedule is entered.

*Christopher J. Burke*
Christopher J. Burke
UNITED STATES MAGISTRATE JUDGE