IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| PREHIRED, LLC, et al., | ) | Case No. 22-1007 (TMH) |
| | ) | (Bankr. D. Del.) |
| Debtors. | ) | |
| JOSHUA JORDAN, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | C.A. No. 25-1544 (MN) |
| | ) | |
| DON A. BESKRONE, in his capacity as | ) | |
| Chapter 7 Trustee, | ) | |
| | ) | |
| Appellee. | ) | |

**<u>ORDER</u>**

At Wilmington, this 5th day of February 2026;

WHEREAS, on January 29, 2026p, Magistrate Judge Christopher J. Burke issued an Order (D.I. 4) recommending that this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court; and

WHEREAS, the Court finds no clear error on the face of the record and does not find the recommendations contained in the order to be clearly erroneous or contrary to law.

THEREFORE, IT IS HEREBY ORDERED that the recommendations set forth in the order are ADOPTED and this matter is withdrawn from the mandatory referral for mediation.

IT IS FURTHER ORDERED that, pursuant to the parties' agreement (D.I. 4 at 2), the following briefing schedule shall govern this appeal:

Opening Brief:                    March 23, 2026

Responsive Brief:                 April 21, 2026

Reply Brief:                      May 6, 2026


_____
The Honorable Maryellen Noreika
United States District Judge